UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERYL L. STEWART,

    Plaintiff,

v.

CITY OF LANSING, et al.,

    Defendants.
_____/

Case No. 1:08-cv-778

CONSENT CASE

## JUDGMENT

In accordance with the Opinion issued herewith,

IT IS HEREBY ORDERED that plaintiff's motion to join other parties and amend pleadings (Docket #13) is DENIED, defendants' motion for summary judgment (Docket #14) is GRANTED, and this case is DISMISSED with prejudice.

IT IS SO ORDERED.

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    UNITED STATES MAGISTRATE JUDGE

Dated:  April 2, 2009